UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X

USA

             21 Cr. 00567-01 (NSR)

    - against -

ALBERTO RIVERA,                  ORDER ACCEPTING
                                       PLEA ALLOCUTION

                 Defendant.

-------------------------------------------------- X

NELSON S. ROMÁN, U.S.D.J.:

      The Court has reviewed the transcript of the plea allocution in the above-entitled case,

the charging papers, and all other pertinent parts of the record. The Report and Recommendation

of the Honorable Judith C. McCarthy, United States Magistrate Judge, April 7, 2022, is

approved and accepted.

                                      SO ORDERED.

                             _____

                             Hon. Nelson S. Román,
                             United States District Judge

Dated: White Plains, NY
       June 24, 2022



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____ 6/24/2022