**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

VIA ECF

July 7, 2022

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/08/2022
```

Re:   USA v. Alberto Rivera; 21 CR 567 (NSR)

Dear Judge Roman:

    I am writing with the consent of the Government by AUSA Jennifer Ong to request that the Court allow the following modified sentence submission schedule for the above matter which is scheduled for sentencing for July 15, 2022.

Defense sentence submission:   July 10, 2022.

Government sentence submission:   July 12, 2022.

    I received the final PSR with recommendation addendum on Friday, July 1, 2022 and mailed a copy to my client, who is at Essex County jail. He received the papers on July 6, 2022. I need the additional time to review these papers with my client and obtain additional materials from him.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

**MEMO ENDORSED**

**The Court GRANTS the application and sets the sentencing submission schedule as follows:**
**- Def. shall file his sentencing submission on or before July 10, 2022**
**- The Gov't shall file its sentencing submission on or before July 12, 2022**
**The Clerk of the Court is directed to terminate the motion at ECF No. 47.**

Dated: July 8, 2022
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE